**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7064

GARY BUTERRA WILLIAMS,

                    Petitioner – Appellant,

        v.

CIRCUIT COURT FOR CITY OF SUFFOLK,

                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:11-cv-00125-HEH; 3:12-cv-00078-HEH)

Submitted:  September 23, 2014      Decided:  September 26, 2014

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Buterra Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams appeals the district court's order denying his motion to amend his motion to reconsider, styled as a 28 U.S.C. § 2255 (2012) motion, the court's order remanding his state prosecution to state court. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED